UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TARES WILLIAMS (425168)

VERSUS

BURL CAIN, WARDEN

CIVIL ACTION

NO. 10-808-BAJ-DLD

**RULING AND ORDER OF DISMISSAL**

The Court, having carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated April 26, 2012 (doc. 10), and plaintiff's objection thereto filed May 11, 2012 (doc. 11), hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that petitioner's application for habeas corpus relief is dismissed as being without merit. In the event the petitioner seeks to pursue an appeal, a certificate of appealability will be denied.

Baton Rouge, Louisiana, May 30, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA